UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JODY ALAN HOWLAND,

        Petitioner,               Case No. 1:19-cv-143

v.                                            Honorable Robert J. Jonker

MATT MACAULEY,

        Respondent.
_____/

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2254. Petitioner Jody Alan Howland is presently incarcerated at the Bellamy Creek Correctional Facility in Ionia, Michigan. Petitioner filed his habeas petition on February 27, 2019. By order entered April 26, 2019, the Court ordered Respondent to file a response and the state court record within 180 days. In the interim, Petitioner sought leave to amend his petition. The Court granted leave by order entered September 30, 2019, and directed Respondent to address the issues raised in the amended petition in his response. The deadline for the response passed and Respondent failed to file the response or the state court record. By order entered November 8, 2019, the Court extended the time for Respondent to respond to December 6, 2019. Respondent has allowed another deadline to pass without complying with the Court's order.

Respondent shall show cause by January 17, 2020, why Petitioner's amended petition for writ of habeas corpus (ECF No. 16) should not be granted for failure to respond to the petition as ordered.

**IT IS SO ORDERED.**

Dated:  December 31, 2019                             /s/ Ray Kent
                                                                          United States Magistrate Judge