UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODY ALAN HOWLAND,

      Petitioner,

                                          CASE No. 1:19-CV-143

v.

                                          HON. ROBERT J. JONKER

MATT MACAULEY,

      Respondent.

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 25, 2020.  (ECF No. 30).  The Report and Recommendation was duly served on the parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 30) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Stay (ECF No. 28) is **DENIED.**

**IT IS FURTHER ORDERED** that Petitioner's habeas petition is **DENIED.**

**IT IS FURTHER ORDERED** that this matter is **TERMINATED.**

**IT IS FURTHER ORDERED** that Petitioner is denied a certificate of appealability.

1

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:     April 20, 2020              /s/ Robert J. Jonker
                                                                                    ROBERT J. JONKER
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE